E-FILED
Friday, 05 May, 2017  01:59:16 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Terrell Moore<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-mj-6431<br>)<br>)<br>)<br>) |

MAY 0 5 2017
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 4, 2017** in the county of **Rock Island** in the
**Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841(a)(1)<br>21 USC 841(b)(1)(B) | Attempted possession with intent to distribute of at least 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

s/Jon Johnson

*Complainant's signature*

Jon Johnson, Special Agent QC-MEG
*Printed name and title*

Sworn to before me and signed in my presence.

s/Jonathan E. Hawley

Date: 05/05/2017

*Judge's signature*

City and state: Rock Island, IL

Jonathan E. Hawley, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jon Johnson, being duly sworn state and depose as follows:

1. I am a Special Agent with the Quad City Metropolitan Enforcement Group (QCMEG), and have been since August 2012. Prior to that I was employed as an agent with the Drug Enforcement Administration (DEA) for approximately 25 years. I am aware of the information set forth below through personal investigation and discussions with other law enforcement officers.

2. In 2013, Rock Island police investigated Moore for drug trafficking, searching a storage locker used by Moore and finding about $170,000 in cash. In November 2015, QCMEG opened an investigation on Moore when it was advised by Illinois State Police that Moore was regularly laundering cash in area casinos by feeding cash in the form of small bills (eventually totaling about $185,000) into slot machines with little play and then taking the cash out in larger denominations. Moore has had no known legitimate source of income since at least 2013.

3. On April 26, 2017, my partner and I met with a Confidential Source (CS) in the Chicago area. The CS advised that he knew a cocaine dealer named Jeffrey Moore from Rock Island, Illinois. The CS advised that on at least one prior occasion within the past year he had arranged a multi-kilogram purchase of cocaine for Jeffrey Moore. Moore appeared with the cash to buy the drugs but the deal fell through because the CS became ill and did not appear to broker the deal. About two months ago, the CS met Moore in Rock Island and observed Moore in possession of about one kilogram of cocaine and about $40,000 in cash.

4. On April 26, 2017 the CS called Moore and advised him he was traveling to Houston, Texas, to obtain multiple kilograms of cocaine at a good price. In the recorded conversation the CS asked Moore if he would be interested in purchasing some of the kilograms for $32,000 per kilogram. Moore advised that he would call the CS back later.

5. Later that day, Moore called the CS and advised that he would be interested in purchasing some kilograms of cocaine.

6. On May 3, 2017 the CS and Moore spoke again in a recorded conversation. They discussed the purchase of six kilograms of cocaine in total, with Moore paying for three in cash, and the other three being sold to Moore on a "front", or on consignment.

7. On May 4, 2017 at approximately 12:50pm the CS and Moore spoke again in a recorded conversation. The CS advised Moore that he was leaving his residence in the Chicago area and they discussed Moore having the cash on hand for the cocaine purchase.

8. Later on May 4, 2017 the CS again spoke to Moore in a recorded conversation and told him that he was arriving in Rock Island, Illinois and would be waiting for him at a specific location in Rock Island, Illinois. About a half hour later Moore arrived at the meet location in a vehicle driven by an unknown woman. Moore entered the CS's vehicle and, in a conversation that was recorded both on video and audio, told the CS that he had money (for the drug purchase) located at a residence a few blocks away, at 521 19th Avenue. CS asked Moore "how many do you want", referring to the kilograms of cocaine, and Moore replied "you said six" referring to 6 kilograms of cocaine. The CS then advised that he would sell Moore six kilograms if Moore paid for three kilograms with cash, and the other three would be on a "front", meaning on consignment. Moore then asked "93?", referring to a total purchase price of $93,000 for three kilograms, and the CS replied "96", referring to $96,000, or the original asking price of $32,000 per kilogram. Moore told the CS "I ain't got all that though but I got a nice chunk of it" before leaving the location, presumably to get his cash for the cocaine purchase.

9. About twenty minutes later Moore arrived back at the meet location with another male and female in a vehicle. When Moore exited the vehicle, he put a black backpack on his shoulder and walked over to the CS's vehicle. The other male subject also walked over to the vehicle, while the female drove away in the car. Moore then entered the CS's vehicle with a black backpack and said "I gonna need everything", referring to the entire 6 kilograms of cocaine. The CS replied "I'm only going to give you 3 ½". The CS then looked in the backpack for the money and did not see any cash initially. Moore said "there is a big bankroll up in here" referring to a plastic bag containing a large quantity of cash. A minute or two later Moore was arrested, and $33,750 in cash was found in the backpack.

10. Authorities then obtained a State of Illinois search warrant for the residence where Moore said his money was located, 521 19th Avenue in Rock Island. Found in a five gallon bucket just inside the front door of the residence was a plastic bag containing approximately $23,340 in cash.

s/Jon Johnson

Jon Johnson, Special Agent
QCMEG

Sworn to and subscribed in my presence this fifth day of May, 2017.

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge