IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| )  | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 17-40046 |
| ) | |
| **JEFFREY TERELL MOORE,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION TO DISMISS
## FORFEITURE ALLEGATION

COMES NOW the United States, by and through the United States Attorney for the Central District of Illinois, and moves to voluntarily dismiss the criminal forfeiture allegation of the Indictment as the Government has learned that the currency which is the subject of the forfeiture allegation has been administratively forfeited by the U.S. Drug Enforcement Administration.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

By s/ Gail L. Noll
Gail L. Noll, IL Bar No. 6243578
United States Attorney's Office
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4888
E-mail: gail.noll@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      s/ Gail L. Noll
Gail L. Noll, IL Bar No. 6243578
United States Attorney's Office
 318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4888
E-mail: gail.noll@usdoj.gov